UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIN LAPINE #305535,

    Plaintiff,

v.

RANDEE REWERTS, et al.,

    Defendants.

_____/

Case No. 1:18-cv-1447

HON. GORDON J. QUIST

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed separate motions for summary judgment. (ECF Nos. 86 and 89.)  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 27, 2022, recommending that this Court grant the motions and enter judgment in favor of Defendants.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 100) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motions for summary judgment (ECF Nos. 86 and 89) are GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.

Dated: July 18, 2022                         /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE